In the Matter of EUCLID DOAN POWER COMPANY, Debtor, in Proceedings for Reorganization of a Corporation.

CITY OF CLEVELAND, Appellant, v. W. J. McCLUSKEY, Disinterested Trustee, Appellee.

No. 10134.

Circuit Court of Appeals, Sixth Circuit.

Feb. 25, 1946.

Lee C. Howley, of Cleveland, Ohio, for appellant.

W. J. McCluskey and Halle, Haber, Berick & McNulty, all of Cleveland, Ohio, for appellee.

Before HICKS, ALLEN, and MILLER, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of the record, briefs and arguments of counsel; and it appearing to the court that there was no reversible error in the order of the District Court entered August 1, 1945, approving and affirming the report and order of the Special Master filed February 23, 1945, denying and dismissing the reclamation petition of appellant filed October 9, 1944, it is therefore ordered and adjudged that the order appealed from be and the same is in all things affirmed.

UNITED STATES ex rel. Joseph Chester PICI, Appellant, v. E. C. BROMBERG, Acting Divisional Director of Immigration.

No. 9022.

Circuit Court of Appeals, Third Circuit.

Argued Feb. 5, 1946.

Decided Feb. 8, 1946.

Charles P. Pearson, of Pittsburgh, Pa., for appellant.

Edward C. Boyle, of Pittsburgh, Pa. (Charles F. Uhl, U. S. Atty., of Pittsburgh, Pa., on the brief), for appellee.

Before MARIS, McLAUGHLIN, and O'CONNELL, Circuit Judges.

PER CURIAM.

The order of the district is affirmed upon the opinion of Judge Gibson, 61 F.Supp. 655.